

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00397-CV
_____

IN THE INTEREST OF C.J.S., A CHILD

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. 2017-525,645; Honorable Les Hatch, Presiding

December 31, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Pending before this court is a motion to dismiss this appeal filed by Appellant, Cristina Simons. Without passing on the merits of the appeal, Appellant's motion is granted[1] and the appeal is dismissed. TEX. R. APP. P. 42.1(a)(1). As the motion does not indicate an agreement of the parties regarding the allocation of costs, all costs on appeal shall be taxed against Appellant. *Id.* at 42.1(d). Having dismissed this appeal at

---

[1] We invoke Appellate Rule 2 to suspend the operation of Appellate Rule 10.1(a)(5), as the motion's certificate of conference does not demonstrate that Appellant conferred or made a reasonable attempt to confer with all other parties about the merits of the motion and whether those parties opposed it. TEX. R. APP. P. 2, 10.1(a)(5).

Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.


Per Curiam